

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-11-08

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

FEB 11 2008

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

February 8, 2008

BY HAND

Honorable P. Kevin Castel
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

*Application granted. SO ORDERED.*
[signature] PKC USDJ 2-11-08

Re: Felicita Serrano v. Astrue
    07 Civ. 8460 (PKC)

Dear Judge Castel:

The Government's answer in the above-referenced Social Security case is due February 8, 2008. We write respectfully to request that the time to answer or move with respect to the complaint be adjourned for 30 days, until March 10, 2008. The reason for this request is that on February 6, 2008, we sent a proposed stipulation to remand this case to plaintiff, who is proceeding pro se, and adjourning the answer date will give plaintiff an opportunity to consider our offer. We have attempted to obtain plaintiff's consent to this proposed extension, but we were unable to reach her by telephone on February 6 or 7, 2008. One prior extension of time to answer was granted. We appreciate the Court's consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: [signature]
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
fax (212) 637-2750

cc: BY FEDERAL EXPRESS
    Felicita Serrano